**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

BUESTAN GUAILLASACA,

Petitioner,

v.

SOTO, et al.,

Respondents.

Civil Action No. 2:26-cv-13237-SDW

Hon. Susan D. Wigenton

## Petitioner's Request for Voluntary Dismissal Without Prejudice

Dear Judge Wigenton:

I represent Petitioner in the above-captioned habeas corpus matter. On behalf of Petitioner, I respectfully request that the Court voluntarily dismiss this petition for a writ of habeas corpus, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Petitioner seeks dismissal of this matter because he was granted voluntary departure by the Immigration Court.

Accordingly, Petitioner respectfully requests that the Court enter an order dismissing this matter without prejudice and directing that all injunctions be lifted. Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Alexandra Miron
Alexandra Miron, Esq.
Counsel for Petitioner

cc: Counsel for Respondents (via CM/ECF)

SO ORDERED this 20th day of November 20 26

[signature]

United States District Judge